JOHN S. LEONARDO
United States Attorney
District of Arizona
Ann DeMarais
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CR 16-0750-01-TUC-JAS |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Selena Maturo, | |
| Defendant. | |

    The Plaintiff, by and through its attorneys undersigned, hereby submits the following sentencing memorandum. The sentencing is currently set for December 9, 2016.

    The government concurs with the guideline calculation in the Draft PSR and requests a sentence of probation.

    When considering the sentencing factors set out in 18 U.S.C. §3553, the Court must consider the need for the sentence to serve as a deterrent, not just for the defendant but for others who might see drug smuggling as a way to make money. The defendant was arrested at a border patrol checkpoint on Highway 90 near Whetstone. She was a passenger in a rental car with 14.9 kilograms of marijuana in the trunk. She and the co-defendant had driven down to Mexico to pick up the drugs. She agreed to participate in criminal activity for money. This sentence must deter her from doing this again.

    The sentence must also protect the public from further crimes of the defendant. The defendant agreed to work for a drug trafficking organization. These organizations engage in violence to protect their business and their profits. Earlier this year, the defendant was

convicted of driving on a suspended license and possession of drug paraphernalia. (PSR ¶ 22.) The defendant does pose a threat to people in the community due to her drug use.

A sentence of 4 years probation is "sufficient but not greater than necessary" to comply with the purposes of sentencing set forth in 18 U.S.C. §3553.

WHEREFORE, the government requests that the defendant to be sentenced to 4 years probation.

RESPECTFULLY submitted this 21st day of November, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Ann DeMarais*

Ann DeMarais
Assistant U.S. Attorney

Copy of the foregoing served
Electronically or by other means,
this 21st day of November, 2016 to:

Lance Justin Wood, Esq.
Michael G. Wimmer, PO